UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AARON D. YOUNKER,

    Plaintiff,

    v.

GARY MOHR, et al.,

    Defendants.

Case No. 2:13-cv-1116
JUDGE GREGORY L. FROST
Magistrate Judge Elizabeth P. Deavers

### ORDER

This matter is before the Court for consideration of the Magistrate Judge's December 10, 2013 Order and Report and Recommendation. (ECF No. 5.) In that filing, the Magistrate Judge recommended that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which this Court can grant relief. The Order and Report and Recommendation advised Plaintiff that the failure to object within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (ECF No. 5, at Page ID # 151.) Plaintiff then obtained an extension of time in which to file objections. (ECF No. 8.)

The Court has reviewed the Order and Report and Recommendation. Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Order and Report and Recommendation (ECF No. 5) and **DISMISSES** Plaintiff's claims for failure to state a claim upon which this Court can grant relief. The Clerk shall enter judgment accordingly and

terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                      /s/   Gregory L. Frost
                                  GREGORY L. FROST
                                  UNITED STATES DISTRICT JUDGE